# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JANICE E. BRINSON,

    Plaintiff,

v.                                                  CASE NO. 4:09cv114-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is REVERSED. The case is REMANDED to the Commissioner for further proceedings consistent with the report and recommendation and this order. The clerk must enter judgment and close the file.

SO ORDERED on January 28, 2010.

                                              s/Robert L. Hinkle
                                              United States District Judge