# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JANICE BRINSON,**

    **Plaintiff,**

**vs.**                                                **Case No. 4:09cv114-RH/WCS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) and the Social Security Act, 42 U.S.C. § 406(b), in the amount of $2,250.00 representing attorney fees. Doc. 22. Defendant has filed a response to the Motion advising the court that they have no objection to the amount requested by Plaintiff. Doc. 24.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's Motion for attorney's fees, doc. 22, be **GRANTED** and the court order that the Secretary certify and pay to Plaintiff $2,250.00 as a reasonable attorney fee.

**IN CHAMBERS** at Tallahassee, Florida, on May 7, 2010.

   s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**