IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANICE BRINSON,

    Plaintiff,

v.                                                        CASE NO. 4:09cv114-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation (document 25). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees (document 22) is GRANTED. The defendant must pay the plaintiff $2,250 as attorney's fees.

SO ORDERED on June 20, 2010.

                                                                          s/Robert L. Hinkle
                                                                          United States District Judge